UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>TECK CHUEE LIM,<br><br>        Defendant(s).<br>_____/ | Case No.  3-05-71017 EDL<br><br>**INITIAL ORDER FOR REIMBURSEMENT OF COST OF COURT-APPOINTED COUNSEL** |

    Teck Chuee Lim, is a Defendant in this criminal matter.  The Court has found Defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that Defendant has sufficient assets to make partial payment for the representation.

    IT IS HEREBY ORDERED that a hearing be conducted at the conclusion of this case to determine whether Defendant shall reimburse the United States District Court or the Northern District of California for all or parts of the cost of the court-appointed counsel herein.

    IT IS SO ORDERED.


Dated:  December 29, 2005

                                              /s/ Nandor J. Vadas
                                             NANDOR J. VADAS
                                             United States Magistrate Judge