BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 3-05-71017 EDL |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING BAIL HEARING** |
| TECK CHUEE LIM, | ) | |
| Defendant. | ) | Date: January 6, 2006<br>Time: 9:30 a.m.<br>Court: The Honorable Joseph C. Spero |

## STIPULATION

The parties agree to continue the bail hearing in the above-captioned matter from January 6, 2006 until January 9, 2006 at 9:30 a.m. The purpose of the continuance is due to a death in the family of defense counsel out of state, and the need for her attendance at a memorial service in Arizona on that day. Mr. Lim has an ICE detainer, and as such, he will waive detention at the hearing on January 9. Due to the fact that Mr. Lim will not be released from custody during the pendency of this case, the short continuance will not prejudice him.

Special Assistant United States Attorney Nahla Rajan has no objection to the request for a continuance. Pursuant to 18 U.S.C. § 3142(f), the parties jointly request this Court to find that good cause exists for extending the five-day period of time permitted by law for a bail hearing for the following reasons: 1) defendant Lim has an ICE detainer against his person and will not ultimately

seek release from custody on this case; 2) counsel's unavailability due to a death in her family.

IT IS SO STIPULATED

DATED: 1/5/2006              /S/ _____
                             ELIZABETH M. FALK
                             Assistant Federal Public Defender

DATED: 1/5/2006              /S/ _____
                             NAHLA RAJAN
                             Special Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for an signatures indicated b a "conformed" signature (/S/) within this e-filed document.

## [~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, and for good cause shown as required under 18 U.S.C. § 3142(f), it is hereby ORDERED that the bail heaing in this matter be continued from January 6, 2006 to January 9, 2006 at 9:30 a.m.

DATED: Jan. 5, 2006          _____
                             THE HONORABLE JOSEPH C. SPERO
                             UNITED STATES MAGISTRATE COURT JUDGE