KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06-0036 MAG ~~3-05-71017 EDL~~ |
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| TECK CHUEE LIM, | |
| Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter December 29, 2005 for defendant's initial appearance on the complaint, and thereafter appeared on January 9, 2006 for defendant's detention hearing. On January 9, 2006, the matter was continued until January 13, 2006 for arraignment/preliminary hearing.

    2. On January 13, 2006, the matter was continued to January 18, 2006 for arraignment before the Honorable Joseph C. Spero.

    3. On January 13, 2006, Assistant Public Defender Elizabeth Falk, who currently represents the defendant, requested an exclusion of time from January 13, 2006 to January 18, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d)

STIPULATION AND ~~PROPOSED~~ ORDER    1
3-05-71017 EDL

|   |   |
|---|---|
| 1 | and an exclusion of time under the Speedy Trial Act.  The parties are involved in discussions |
| 2 | which appear likely to lead to pre-indictment resolution of this case.  Therefore, the parties are |
| 3 | requesting an extension of time under Rule 5.1(d) and an exclusion of time under the Speedy |
| 4 | Trial Act.  The parties agree that the time from January 13, 2006 through January 18, 2006 |
| 5 | should be extended under Rule 5.1(d) and excluded in computing the time within which an |
| 6 | information or indictment must be filed.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). |

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would be served by the Court excluding the proposed time period.  These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

5. For the reasons stated, the time period from January 13, 2006 through January 18, 2006 is extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: January 18, 2006                                    Respectfully Submitted,

                                                            _____/S/_____
                                                            NAHLA RAJAN
                                                            Special Assistant United States Attorney


DATED: January 18, 2006                                    _____/S/_____
                                                            ELIZABETH FALK
                                                            Counsel for Lim Teck Chuee


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: __January 19, 2006_____                        _____
                                                            HONORABLE JOSEPH C. SPERO
                                                            United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER          2
3-05-71017 EDL