BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> TECK CHUEE LIM, <br> Defendant. | No. CR 06-0036 JCS <br><br> STIPULATION AND ORDER CONTINUING SENTENCING <br><br> Date: March 24, 2006 <br> Court: The Honorable Joseph C. Spero |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from March 24, 2006 at 10:30 a.m., until March 24, 2006 at 3:30 p.m. The purpose of the continuance is due to the fact that defense counsel will be out of the country until March 24, 2006, and will only return to the office during the afternoon of March 24.

It is so stipulated.

DATED: _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

1  DATED: _____/S/_____
2  NAHLA RAJAN
   Special Assistant United States Attorney

3
4  I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature
5  (/S/) within this efiled document.

6
7  **IT IS SO ORDERED.**

8  DATED:  February 17, 2006   _____
   THE HONORABLE JOSEPH C. SPERO
   UNITED STATES MAGISTRATE JUDGE

STIP & ORDER CONTINUING
APPOINTMENT OF COUNSEL
*United States v. Lim*
CR 06-0036 JCS                         - 2 -