E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00036 JCS |
| Plaintiff, | ) | ORDER FOR RELEASE |
| vs. | ) | |
| TECK CHUEE LIM, | ) | |
| Defendant. | ) | |

On March 24, 2006, Mr. Lim came before this Court for sentencing, and received a sentence of TIME SERVED. As such, Mr. Lim is hereby ordered RELEASED today, March 24, 2006.

IT IS SO ORDERED.

Date: 3/24/06

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

U.S. v. Lim
No. CR 06-00036 JCS
Order for Release